IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PABON GONZALEZ,

    Plaintiff,

  v.

ROBERT D. SPENCER,
JOHN CONGDON, C/O RICHTER,
T. SPANBAUER, S.S. BARTEL,
LANDAAL, CP. CRUZ, T. IPSEN,
CP. SCHUELER, CANDACE
WHITMAN, DOCTOR LASRSON,
MARK SCHOMISH and
RANDALL HEPP,

    Defendants.

Case No. 19-cv-933-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |